# UNITED STATES DISTRICT AND BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA

Deborah Diane Fletcher
General Delivery
Miami, FL 33181
(301) 254-0254

FILED
NOV - 4 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Case: 1:11-cv-01943
Assigned To : Jackson, Amy Berman
Assign. Date : 11/4/2011
Description: Pro Se Gen. Civil

vs. CIVIL ACTION NO.

U.S. Dept. of Education-Direct Loan Payment
Center Manager
400 Maryland Ave. SW
Washington, DC 20202

## COMPLAINT

As of 2002 the Defendant refuse to remove a loan(s) off the Plaintiff records. The year of March 2002 the Plaintiff could not get her income tax refune until she had her

1

doctor sign a total disable statement, so she could be able to receive her tax refune. The Plaintiff had called the Defendant several times, and had sent them doctor statements: refer to the Plaintiff total disable. And for some reason(s) the Defendant refuse to do their job. And because of that, the Plaintiff could not continue use her full college grant, plus she had trouble getting some type of housing. Whereas, the Plaintiff is asking that the Defendant honor the total disable statement, plus is charging them with prejudice, because

of the Fact(s) the Plaintiff was without housing and school for six years, since the Defendant refuse to honor a total disable statement from her doctor back there in 2002,

*Deborah Diane Fletcher*
Deborah Diane Fletcher
General Delivery
Miami, Florida 33181